# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0583

VERSUS

JAMES SPIKES, SR.                                     **OCTOBER 1, 2021**

---

In Re:    James Spikes, Sr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 13-CR9-123350.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** The record of the Washington Parish Clerk of Court shows that on February 25, 2021, the district court issued a written Order addressing the claims raised in relator's original application for postconviction relief, and a copy of this ruling was forwarded to relator. The clerk's office indicated it will forward a copy of the written reasons for judgment to relator on August 6, 2021. Upon receipt of the judgment and in the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before November 29, 2021, and should include a copy of this ruling, the application for postconviction relief and supporting memorandum, the state's response, the district court's written reasons for judgment, and any other pertinent documents from the district court record that might support the claims raised in the application for postconviction relief.

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT